than it would have attained if it had been drawn by horses.

The trial court in his opinion states:

"As an employer the defendant had a duty to the plaintiff to provide him with reasonably safe equipment and conditions of work. Cameron v. Great Northern Ry. Co., 1898, 8 N.D. 124, 77 N.W. 1016. See, in general, Prosser, Tort (2d Ed.1955), Sec. 67, pp. 373-377; Restatement, Agency (1933), Secs. 492, 493 and 497. He breached that duty by directing the plaintiff to operate a grader which was unequipped with safety rails or proper supports to protect his employee from falling off the flat platform where plaintiff was required to stand, by driving the tractor which was pulling the grader at a speed considered excessive under the circumstances here shown * * *." [143 F.Supp. 724.]

The trial court's findings that the defendant was guilty of negligence proximately causing plaintiff's injury and that plaintiff did not assume the risk and was free from contributory negligence are supported by substantial evidence.

We have carefully considered all errors urged by the defendant, and are convinced that the trial court committed no error.

The judgment is affirmed.

Paul Campbell, Sr. of Campbell & Campbell, Chattanooga, Tenn., for appellant.

Milton D. McClure, of McClure & Moore, Chattanooga, Tenn., Folts, Brammer, Bishop & Thomas, Chattanooga, Tenn., for appellee.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal by the Atlas Powder Company, an employer, from a money judgment in favor of one of its employees, T. E. Leonard, in an action wherein that employee sought recovery under the Workmen's Compensation Laws of Tennessee, has been heard upon the oral arguments and briefs of the attorneys for the contending parties and upon the entire record in the case;

And it appearing from a consideration of the arguments, briefs and record that the judgment of the district court—upon the basis of the opinion of District Judge Darr and his findings of fact and conclusions of law, 152 F.Supp. 81, is supported by the evidence and is not clearly erroneous but is based upon sound juristic reasoning in the application of controlling law;

The judgment of the district court is affirmed.

ATLAS POWDER COMPANY, Appellant,

v.

T. E. LEONARD, Appellee.

No. 12941.

United States Court of Appeals Sixth Circuit.

April 4, 1957.

Dan L. CARMICHAEL, Appellant,

v.

UNITED STATES of America, Appellee.

No. 16492.

United States Court of Appeals Fifth Circuit.

June 19, 1957.